# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Malibu Media LLC v JOHN DOE, subscriber assigned IP address 99.54.191.53

Case Number: 17-cv-08464

An appearance is hereby filed by the undersigned as attorney for:
JOHN DOE, subscriber assigned IP address 99.54.191.53

Attorney name (type or print): Jeffrey Antonelli

Firm: Antonelli Law Ltd

Street address: 35 East Wacker Drive, Suite 1875

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6271875
(See item 3 in instructions)

Telephone Number: 312-201-8310

Email Address: Jeffrey@Antonelli-Law.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 24, 2018

Attorney signature: S/ Jeffrey J. Antonelli
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015